# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 18-41537-MBM | **Trustee Name:** | Wendy Turner Lewis |
| **Case Name:** | WALKER, STARMANIA L. | **Date Filed (f) or Converted (c):** | 02/06/2018 (f) |
| **For the Period Ending:** | 4/14/2018 | **§341(a) Meeting Date:** | 03/15/2018 |
| | | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   1667 EDISON STREET DETROIT, MI 48206 | $20,000.00 | Unknown | | $0.00 | Unknown |
| 2   FURNITURE, MAJOR APPLICANCES, KTCHENWARE, LINEN | $650.00 | $0.00 | | $0.00 | FA |
| 3   TELEVISION, RADIO, COMPUTER, PRINTER, CELL PHONE | $750.00 | $0.00 | | $0.00 | FA |
| 4   EVERYDAY CLOTHES, COATS, SHOES, ACCESSORIES | $550.00 | $0.00 | | $0.00 | FA |
| 5   COSTUME JEWELRY | $100.00 | $0.00 | | $0.00 | FA |
| 6   CHECKING ACCOUNT - CREDIT UNION ONE | $30.00 | $0.00 | | $0.00 | FA |
| 7   SAVINGS ACCOUNT: CREDIT UNION ONE | $10.00 | $0.00 | | $0.00 | FA |
| 8   2016 FEDERAL INCOME TAX REFUND: $1,200.00 | $1,200.00 | $0.00 | | $0.00 | FA |
| 9   2015 FEDERAL INCOME TAX REFUND: $1,200.00 | $1,200.00 | $0.00 | | $0.00 | FA |
| 10   SOCIAL SECURITY FOR MY SON $807.00 MONTHLY; SOCIAL SECURITY FOR MYSELF - STARMANIA $925.00 MONTHLY | $1,832.00 | $0.00 | | $0.00 | FA |
| 10   VOID | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**

|  | | | | |
|---|---|---|---|---|
| $26,322.00 | $0.00 | | $0.00 | $0.00 |

**Major Activities affecting case closing:**

04/14/2018    TRUSTEE TO INVESTIGATE VALUE OF HOME;

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2020 |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2020 |

/s/ WENDY TURNER LEWIS

WENDY TURNER LEWIS
Chapter 7 Bankruptcy Trustee
444 West Willis, Suite 101
Detroit, Michigan 48201
313.832.5555
wtlewis@ameritech.net