# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE: STARMANIA WALKER

CASE NO: 18-41537
CHAPTER: 7
JUDGE: Marci B McIvor

Debtor.
_____/

Response to ~~MOTION FOR/TO~~ Objection to the debtor's exemptions

NOW COMES Debtor(s), and brings this motion. In support of Debtor(s)'s motion, Debtor states the following [state the facts]:

1. I've filed the correct exemption amendment.

2. 

3. Debtor requests the trustee's objection is denied

WHEREFORE, Debtor requests this Court to consider Debtor's Motion and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: 31 MAY 2018

Respectfully submitted,

_Starmania Walker_
(Debtor's Signature)
Print Name: STARMANIA WALKER

(Co-Debtor's Signature)
Print Name: _____