UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

Starmania L. Walker,   Case No. 18-41537-MBM
   Chapter 7
_____ Pro Se Debtor. ___/   Hon. Marci B. McIvor

### ORDER DENYING TRUSTEE'S OBJECTION TO
### DEBTOR'S AMENDED EXEMPTIONS

For the reasons set forth on the record at a hearing held on June 12, 2018;

IT IS HEREBY ORDERED that the Chapter 7 Trustee's Objection to the Debtor's Amended Exemptions is DENIED.

IT IS FURTHER ORDERED that Debtor is allowed a homestead exemption in the real property located at 1667 Edison Street, Detroit, Michigan pursuant to MCLA 600.5451(1)(m) in the maximum amount allowed by the statute.

**Signed on June 12, 2018**



/s/ Marci B. McIvor
**Marci B. McIvor**
**United States Bankruptcy Judge**